# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT CALIFORNIA

| | |
|---|---|
| SHAUNA COFFEE and BRIAN REATEGUI,<br><br>    Plaintiffs,<br><br>v.<br><br>JOSE DAVID MENDEZ LUQUE, aka, JOSE DAVID VENEZOLANA, an individual and Venezuelan citizen; ENTERPRISE HOLDINGS, LLC, a Missouri Limited Liability Company dba Alamo Rent-A-Car; ENTERPRISE HOLDINGS, Inc., a Missouri corporation dba Alamo Rent-A-Car; EAN HOLDINGS, LLC, a Delaware corporation; DOES 1 through 10 inclusive,<br><br>    Defendants. | CASE NO.:  2:12-CV-1259 JEM<br><br>Judge: John E. McDermott<br>Dept. Courtroom C<br><br>**ORDER [PROPOSED] TO REMAND TO STATE COURT** |

Pursuant to stipulation by all parties, it is hereby **ORDERED** that this federal action, United States District Court, case number 2:12-CV-1259 JEM, be remanded to the Los Angeles Superior Court, West District, 1725 Main Street, Santa Monica, CA 90401-3299, Department 'P,' Judge Allan J. Goodman, Los Angeles Superior Court Case No. SC117813.

**IT IS SO ORDERED.**

Dated: August 27, 2012

_____
Magistrate Judge John E. McDermott

C:\Temp\notesFFF692\Order to Remand to State Court.wpd